NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GEOCOMPLY SOLUTIONS INC.,**
*Plaintiff-Appellant*

**v.**

**XPOINT SERVICES LLC,**
*Defendant-Appellee*

---

2023-1578

---

Appeal from the United States District Court for the District of Delaware in No. 1:22-cv-01273-WCB, Circuit Judge William C. Bryson.

---

## JUDGMENT

---

SETH W. LLOYD, Morrison & Foerster LLP, Washington, DC, argued for plaintiff-appellant. Also represented by DEANNE MAYNARD; RICHARD HUNG, San Francisco, CA; DOUGLAS A. GRADY, Baker & Hostetler LLP, Seattle, WA; ANDREW SAMUELS, Columbus, OH.

PETER ANDREW SWANSON, Covington & Burling LLP, Washington, DC, argued for defendant-appellee. Also represented by GARY RUBMAN; MICHAEL E. BOWLUS, San Francisco, CA.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, CLEVENGER, and HUGHES, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

November 8, 2024
Date

Jarrett B. Perlow
Clerk of Court